ACCEPTED
03-14-00521-CV
5271989
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 3:35:16 PM
JEFFREY D. KYLE
CLERK

# KROGER | BURRUS

**Edward J. Kroger, MD, JD**
kroger@krogerlaw.com
3100 Weslayan, Suite 300
Houston, Texas 77027
T: 713.961.7952 ext. 104
F: 713.961.7953

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 3:35:16 PM
JEFFREY D. KYLE
Clerk

May 13, 2015

Mr. Jeffery D. Kyle
Court of Appeals                                                        *Efile*
Third District of Texas
P.O. Box 12547,
Austin, Texas 78711-1733

RE:     COURT OF APPEALS: Cause No. 03-14-00521-CV
        TRIAL COURT:  Cause No. C-2013-0566C
        *CHRISTUS Santa Rosa Health System d/b/a CHRISTUS Santa Rosa Hospital – New Braunfels*
        *v. Leslie Baird*

Dear Mr. Kyle:

Please undersigned designates the following weeks as vacation:

        06/08/2015 – 06/12/2015
        08/10/2015 – 08/14/2015
        08/17/2015 – 08/21/2015
        08/24/2015 – 08/28/2015

I respectfully request that no hearings, depositions or trials be scheduled during this vacation period.

By copy of this letter, I am notifying all counsel of record.

                                Very sincerely yours,

                                KROGER | BURRUS

                                Edward J. Kroger

EJK/igc